UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| FHISIHAZION YEMANE,<br><br>      Petitioner,<br><br>v.<br><br>IMMIGRATION AND CUSTOMS ENFORCEMENT,<br><br>      Respondent. | Case No. 1:19-cv-00355-BLW<br><br>**ORDER TRANSFERRING CASE FOR WANT OF JURISDICTION** |

  Petitioner Fhisihazion Yemane has filed a Petition for Writ of Habeas Corpus in this Court pursuant to 28 U.S.C. § 2254. (Dkt. 1 & 7.) However, because Petitioner is not in custody pursuant to a state court judgment, the Court construes the Petition as having been filed under 28 U.S.C. § 2241.

  Petitioner is detained pursuant to an order of removal issued by an immigration judge. Because Petitioner is—and was at the time of filing—detained in Conroe, Texas, neither personal jurisdiction nor venue lies in Idaho. *See Rumsfeld v. Padilla*, 542 U.S. 426, 435-36 (2004) (holding that a habeas action seeking release from unlawful custody must be filed in a district in which the court has personal jurisdiction over the respondent—the head of the facility where the petitioner is held). As a result, the District of Idaho is not the proper forum in which to litigate this habeas corpus matter. *See* 28 U.S.C. § 2241(a) ("Writs of habeas corpus may be granted by … the district courts … within their respective jurisdictions.")

ORDER TRANSFERRING CASE FOR WANT OF JURISDICTION - 1

When a habeas corpus petitioner files in the wrong United States District Court, the case may, in the interests of justice, be transferred to the United States District Court where jurisdiction and venue are proper. *See* 28 U.S.C. § 1631. Therefore, the Clerk of Court will transfer this case to the United States District Court for the Southern District of Texas, which appears to be the federal court having jurisdiction over claims arising in Conroe, Texas.

## ORDER

**IT IS ORDERED:**

1. Because Petitioner has already paid the filing fee for this action, the Application to Proceed in Forma Pauperis (Dkt. 5) is MOOT.

2. The Clerk of Court will transfer this case to the United States District Court for the Southern District of Texas.

DATED: December 9, 2019

B. Lynn Winmill
U.S. District Court Judge